IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Michael Downing, | ) Civil Action No.: 0:13-2514-BHH |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| Carolyn W. Colvin, Acting Commission of Social Security, | ) |
| Defendant. | ) |

Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security moves pursuant to sentence four of 42 U.S.C. § 405(g) for an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). Plaintiff does not oppose Defendant's motion. Upon consideration, Defendant's motion is GRANTED. The Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g)[1], and REMANDS the case to the Commissioner for further administrative proceedings.

On remand, the ALJ should specifically: (1) further consider the severity and effects of the Plaintiff's mental impairments; (2) further consider the opinions of the examining and nonexamining sources in Exhibits 10F, 11F and 23F; (3) further evaluate the Plaintiff's RFC taking into consideration all of the Plaintiff's medically determinable impairments; (4) if necessary, obtain supplemental testimony from a vocational expert; and (5) issue a new decision.

IT IS SO ORDERED.

/s/ Bruce Howe Hendricks
United States District Judge

July 17, 2014
Greenville, South Carolina

---

[1] The Clerk of Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.